NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WINFRED MILLER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7051

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1159, Judge Lawrence B. Hagel.

---

Before GAJARSA, SCHALL, and MOORE, *Circuit Judges.*

PER CURIAM.

## ORDER

Winfred Miller moves for panel reconsideration and rehearing en banc of the court's order dismissing his appeal as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for panel reconsideration is denied. The request for rehearing en banc will be circulated to the full court.

FOR THE COURT

JUN 0 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Winfred Miller
    Kent C. Kiffner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 1 2011

JAN HORBALY
CLERK